UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-01785-DSF-AFM**                                              Date:  July 6, 2020

Title        **Dale Randolph Nelson v. Commissioner of Social Security**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

　　　　Pursuant to the Court's Order Re: Procedures in Social Security Appeal (Plaintiff Pro Per), filed on September 20, 2019, Plaintiff's Memorandum in Support of Complaint was due thirty-five (35) days after the service of the Answer to Complaint.  (*See* Order, ECF No. 5.)  The docket sheet shows that defendant served and filed his Answer to Complaint on February 25, 2020; therefore, Plaintiff's Memorandum in Support of Complaint was due no later than March 31, 2020. As of the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint.  Thus, Plaintiff has failed to comply with the Court's Order.

　　　　Accordingly, IT IS ORDERED that no later than **July 27, 2020**, plaintiff shall show cause in writing why this action should not be dismissed.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.  The filing of Plaintiff's Memorandum in Support of Complaint by **July 27, 2020** shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　　ib