# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. N., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 5:19-cv-01785-DSF-AFM <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS HEREBY ORDERED that Judgment shall be entered affirming the decision of the Commissioner.

    IT IS SO ORDERED.

DATED: November 2, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE