JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. N., | Case No. 5:19-cv-01785-DSF-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: November 2, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE